**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**DARRELL L. LEATH,**
    **Plaintiff,**

**vs.**                                      **CASE NO.: 3:06cv492/MCR/MD**

**RHONDA WELLS,**
    **Defendant.**
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 7, 2006.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This case is TRANSFERRED to the United States District Court for the Middle District of Florida.

    **DONE AND ORDERED this 8th day of December, 2006.**

                            *s/ M. Casey Rodgers*
                            **M. CASEY RODGERS
                            UNITED STATES DISTRICT JUDGE**